IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ROBERT FERRANTE, | ) | |
| | ) | Civil Action No.  2:24-cv-01429-KT |
| Petitioner, | ) | |
| | ) | Magistrate Judge Kezia O. L. Taylor |
| v. | ) | |
| | ) | |
| DAVID CLOSE, et al, | ) | |
| | ) | |
| Respondents. | ) | |

### PART 1: CONSENT TO JURISDICTION BY UNITED STATES MAGISTRATE JUDGE

    In accordance with the provisions of Section 636(c)(1) of Title 28, United States Code, the undersigned (party) (counsel of record for _____) in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and entry of a final judgment, with direct review by the United States Court of Appeals for the Third Circuit if an appeal is filed.

Date: _____   _____
                                                                                    Signature

                                                         Print Name:   _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

### PART 2:  DISTRICT JUDGE OPTION

    Pursuant to Section 636(c)(2) of Title 28, United States Code, the undersigned (party) (counsel of record for _____) in the above-captioned civil matter acknowledges the availability of a United States Magistrate Judge but elects to have this case randomly assigned to a United States District Judge.

Date: _____   _____
                                                                                    Signature

                                                         Print Name:   _____